IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00384-ZLW-MJW

PATRICIA LEE MORROW,

    Plaintiff,

v.

BNC MORTGAGE, INC.,
CHASE HOME FINANCE, LLC,

    Defendants.

## ORDER OF DISMISSAL

The matter before the Court is Plaintiff's Motiom [sic] To Cancel This Civil Action. Pursuant to Rule 41(a)(1), Plaintiff may voluntarily dismiss this action without further Order of the Court because no answer or motion for summary judgment has been filed by Defendants. However, for purposes of clarity in this *pro se* action, it is

ORDERED that Plaintiff's Motiom [sic] To Cancel This Civil Action (Doc. No 12) is granted, and the Complaint and cause of action are dismissed without prejudice. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   3   day of May, 2006.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court